IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PAUL LARSON,

    Plaintiff,

v.                                               No. 24-cv-633 WJ/KRS

FNU LUCERO, *et al.*,

    Defendants.

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's *pro se* Letter-Pleading Regarding Civil Rights Claims, (Doc. 1). It appears Plaintiff wishes to file a 42 U.S.C. § 1983 prisoner civil rights complaint. On June 21, 2024, the Clerk's Office sent Plaintiff a blank § 1983 complaint and application to proceed *in forma pauperis*, but Plaintiff has not returned the forms. Plaintiff must file a complaint within thirty (30) days of entry of this Order. By the same deadline, Plaintiff must also prepay the $405 filing fee or, alternatively, file an *in forma pauperis* motion along with an inmate account statement reflecting transactions for a six-month period. *See* 28 U.S.C. § 1915(a)(2). All filings must include the case number (24-cv-633 WJ/KRS) and be labeled as legal mail. The failure to timely comply with both directives may result in dismissal of this case without further notice.

**IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must: (1) file a complaint on the § 1983 form; and (2) prepay the $405 filing fee or submit an *in forma pauperis* motion that attaches an inmate account statement reflecting transactions for a six-month period.

IT IS SO ORDERED this 19th day of May, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE